No. 3499.—STATE ex rel. E. K. WASHINGTON v. THE CLERK OF THE SIXTH DISTRICT COURT OF THE PARISH OF ORLEANS.

The clerk of the District Court can not be permitted to coerce a settlement of his costs by holding on to the transcript of appeal. In case, therefore, that the clerk refuses to deliver the transcript to the appellant, on the ground that his costs therefor have not been paid, a mandamus will issue to the clerk on application of the appellant directing him to deliver the record, and pay the costs of the writ. 22 An. 563, 578.

APPLICATION for Writ of Mandamus. E. K. Washington, for relators. William Woelper, Clerk of the Sixth District Court, respondent.

Howe, J. The relator, who was plaintiff in the court below, took an appeal and gave an appeal bond. The clerk of the court a qua refused to deliver to him the transcript unless sundry fees were first paid, and the relator therefore asks for a mandamus.

The answer of the respondent contains no matter of defense. In the case of the State v. The Clerk of the Second District Court, 22 An. 585, where, as in this case, the relator was plaintiff in the lower court, it was decided that "the appeal bond having been given according to law, the clerk should have delivered the transcript to the appellant." The same ruling had theretofore been made in cases where a defendant was appellant. 22 An. 503, 563, 578.

It may therefore be regarded as settled that the clerk of the lower court can not coerce a settlement of his disputes with parties in regard to costs by withholding the transcript of appeal. C. P. 585.

It is therefore ordered that the mandamus issued herein be made peremptory at respondent's costs.